IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN BERGERON** : | |
|     **Plaintiff,** : | |
| : | **CIVIL ACTION NO. 02-CV-4437** |
| **v.** : | |
| : | |
| **FIRST FEDERAL MORTGAGE, INC., ET AL.** : | |
|     **Defendants,** : | |

## ORDER

    **AND NOW**, this 14th day of August 2003, **IT IS HEREBY ORDERED and DECREED** that the above case is referred to Magistrate Judge Linda K. Caracappa for settlement purposes only.

Counsel for the Defendants, Ely Goldin, shall contact Judge Caracappa for date and time.

    **BY THE COURT:**

_____
**Hon. Petrese B. Tucker, U.S.D.J.**